# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAAGEN-DAZS SHOPPE COMPANY, INC., a New Jersey corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-01673-KJM-KJN<br><br>**JOINT STIPULATION TO EXTEND TIME TO COMPLETE PARTICIPATION IN THE COURT'S VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)** |

Plaintiff Valerie Brooks ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant The Häagen-Dazs Shoppe Company, Inc. ("Häagen-Dazs"), collectively hereinafter referred to as "the Parties," by and through their respective counsel, hereby stipulate:

WHEREAS, the Parties commenced VDRP proceedings on June 10, 2020;

WHEREAS, the Parties have continually engaged in ongoing meaningful discussions;

WHEREAS, the deadline by which the Parties must complete participation in the Court's Voluntary Dispute Resolution Program ("VDRP") is July 30, 2020.

WHEREAS, due to the reasons set forth above, the Parties request an extension of the current deadline of July 30, 2020, up to and including August 31, 2020, by which to complete VDRP proceedings.

Dated: July 22, 2020　　　　　　　　　　　　**WILSHIRE LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Thiago M. Coelho*
　　　　　　　　　　　　　　　　　　　　　　Thiago M. Coelho

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and Proposed Class*

Dated: July 22, 2020　　　　　　　　　　　　**KELLEY DRYE & WARREN LLP**

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Tahir L. Boykins*
　　　　　　　　　　　　　　　　　　　　　　Tahir L. Boykins

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for The Haagen-Dazs Shoppe Company, Inc.*

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that:

The Parties' current deadline of July 30, 2020 is extended up to and including August 31, 2020, by which to complete VDRP proceedings.

IT IS SO ORDERED.

This order resolves ECF No. 23.

DATED: July 27, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE