UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, | No.  2:19-cv-01673-KJM-KJN |
| Plaintiffs, | |
| vs. | ORDER |
| THE HAAGEN-DAZS SHOPPE COMPANY, INC., | |
| Defendants. | |

This matter is before the court on a joint motion to extend the deadline for the filing of dispositional documents from October 27, 2020 to November 17, 2020 to allow more time for the finalization of a settlement agreement.

Considering the joint nature of the filing and the reason being settlement of the claim, the court finds good cause and GRANTS the parties motion to extend the deadline to November 17, 2020.

IT IS SO ORDERED.

DATED:  November 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE