# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAAGEN-DAZS SHOPPE COMPANY, INC., a New Jersey corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-01673-KJM-KJN<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Action Filed:   August 27, 2019 |

Having considered the Parties' Joint Motion to Extend Deadline to File Dispositional Documents, and with good cause appearing, the Court hereby extends the Parties' Deadline to File Dispositional Documents to December 17, 2020.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   November 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE